Wednesday, December 28, 2016

No. 16–0641/AR. U.S. v. Ian T. Miller. CCA 20150170. Appellee's motion to supplement the record is granted.

No. 16–0650/AR. U.S. v. Courtney A. Craig. CCA 20150272. Appellee's motion to supplement the record is granted.

No. 17–0153/AR. U.S. v. Edward J. Mitchell II. CCA 20150776. Appellee's motion for an enlargement of time to file a brief is granted to January 18, 2017.

No. 17–0161/AR. U.S. v. Marshall D. Drake, Jr. CCA 20130414. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 17, 2017.

No. 17–0162/NA. U.S. v. Keith Barry. CCA 201500064. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 18, 2017.

No. 17–0163/MC. U.S. v. Joseph J. Faggiole. CCA 201600038. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 18, 2017.

No. 17–0164/AR. U.S. v. Corey J. Brookshire. CCA 20160332. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2017.